MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

THOMAS M. NEWMAN
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6888

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-866-CW |
|    Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
|    v. ) | |
| MARINO SANDOVAL and NICOLE SANDOVAL, ) | |
|    Defendants. ) | |

This matter is currently scheduled for sentencing on February 21, 2012, at 2:30 pm. The parties stipulate to continue sentencing until March 13, 2012, at 2:30 p.m. in order to allow the parties adequate time to prepare for sentencing. The parties need time to review the final pre-sentence report and to confer about any remaining issue that could be addressed prior to sentencing. For that reason, the parties stipulate to continue sentencing until March 13, 2012, at 2:30 p.m.

*Stipulation to Continue*
*Case No. 10-cr-866-CW*

```
 1
 2                                          Respectfully submitted,
                                            MELINDA HAAG
 3                                          United States Attorney
 4

 5                                          /s/Thomas M. Newman
    Dated: February 6, 2012                 THOMAS M. NEWMAN
 6                                          Assistant United States Attorney
                                            Tax Division
 7
    Dated: February 6, 2012                 /s/_____
 8                                          THOMAS CARLUCCI
                                            Attorney for Defendant Marino Sandoval
 9

10

11
    Dated: February 6 , 2012                /s/_____
12                                          JAY WEILL
                                            Attorney for Defendant Nicole Sandoval
13

14

15                                   **ORDER**

16      Pursuant to the parties' stipulation, IT IS SO ORDERED.

17
    Dated:  February 21, 2012                _____
18                                           CLAUDIA WILKEN
                                             United States District Judge
19
```

*Stipulation to Continue*
*Case No. 10-cr-866-CW*                2